AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Jermaine Clark | ) | 3:17MJ80 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 9, 2017__ in the county of __Bolivar__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844 (e) | Using an instrument of interstate commerce to make a threat to damage or destroy a building by means of explosive |

This criminal complaint is based on these facts:
See Attachment

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Meadows, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/13/2017

_____
*Judge's signature*

City and state: Oxford, Mississippi

Roy Percy, US Magistrate Judge
*Printed name and title*