## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### Attachment

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPAINT

I, Scott Meadows, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, depose and state:

### INTRODUCTION

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Oxford, Mississippi and have been employed by ATF since May of 2001.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant.

3. That as a result of my training, general knowledge, and experience as a Special Agent for ATF, I am familiar with violations of federal law including using an instrument of interstate commerce to make a threat to damage or destroy a building by means of explosive in violation of 18 U.S.C. § 844(e).

4. I submit this affidavit in support of a criminal complaint and arrest warrant for Jermaine Clark for violation of Title 18, United States Code, Section 844(e), using an instrument of interstate commerce to make a threat to damage or destroy a building by means of explosive.

5. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other officers and agents. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had knowledge of that statement and to whom I, or others have spoken or

1

whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part, unless otherwise indicated. Facts not set forth herein, or in the attached exhibits, are not being relied on in reaching my conclusion that the requested warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

## INVESTIGATION

6. On September 10, 2017, ATF Resident Agent in Charge Joseph Frank received notification of a September 9, 2017, Facebook post by Facebook user "Jermaine Projectpac Clark". The post read "I'm blowing mcevans school up" referring to McEvans School in Bolivar County, Mississippi.

7. On or about September 11, 2017, special agents of the ATF Oxford, Mississippi office traveled to Shaw, Mississippi and met with Shaw Police Chief James Cole. Special agents learned that the Facebook account "Jermaine Projectpac Clark" is being utilized by Jermaine Clark of Bolivar County, Mississippi. Your affiant spoke with Shaw High School Principal Daphne Young who advised that Jermaine Clark had been working there as a custodian since on or about March 2015.[1] Principal Young stated that the School sent Clark a termination letter on August 23, 2017.

8. On Monday, August 28, 2017, Clark came to the school, and Principal Young and Anthony Davis, a School Intervention Officer met with Clark. Principal Young asked Clark if he had received the letter of termination, to which Clark responded in the affirmative. Principal Young notified him that he was being terminated, asked him to leave campus, and requested that he turn in his keys. Clark was visibly agitated and jumped up and attempted to knock over a chair when exiting

---

[1] The Facebook profile "Jermaine Projectpac Clark" has multiple pictures of Jermaine Clark on the profile including the profile picture and lists his occupation as "Custodian at Shaw High School" since 2015. Shaw High School merged with McEvans School approximately two years ago with grades 1-12 currently occupying McEvans School.

2

the room. Principal Young informed Clark that she would call the police, to which Clark replied, "You can call the police". Clark slammed the door as he left and used profanity. Principal Young and Intervention Officer Davis then called the police and reported Clark's behavior. Clark left the campus without providing the keys. On September 6, 2017, Clark turned over the keys to Intervention Officer Davis.

9. In the early afternoon of September 9, 2017, Principal Young received a Facebook message notification from "Jermaine Projectpac Clark" on her phone. She did not check the contents of the messages until two days later as discussed below. Around 6:30 PM on September 9, 2017, Facebook user "Jermaine Projectpac Clark" posted "I'm blowing mcevans school up". Facebook user Wantasha Phillips commented "Alright dont be a dumb ass!!!" to which Jermaine Projectpac Clark replied, "Its not me its the meds". Around that time, Principal Young received a screenshot from another Facebook user about the McEvans bomb threat post.

10. On September 10, 2017, Principal Young and the School Board President met with the Shaw Police Department to discuss the bomb threat. The Shaw Police Department conducted a protective sweep of the school for explosives. Later that day, the Bolivar County Sheriff's Department picked Clark up for questioning. Clark stated that an acquaintance posted the threat on his Facebook account. Clark was released due to his desire to seek medical treatment.

11. On Monday, September 11, 2017, Principal Young initiated the standard lockdown procedure at McEvans School used for high threat situations, such as an active shooter event. Also on that day, Principal Young checked the messages from "Jermaine Projectpac Clark" on her phone. The first message, which was sent by "Jermaine Projectpac Clark" at 4:11 PM on September 9, 2017, stated, "Ima kill u and your husband". The second message, which was sent by "Jermaine Projectpac Clark" at 4:24 PM on September 9, 2017, stated, "I fuckin hate u I will gut u like fish [sic] ... How

3

much work I did for [sic] and cover yo ass... U ain't but a punk ass bitch to me". Principal Young provided the messages to your affiant.

12. On Monday, September 11, 2017, Clark was voluntarily questioned by ATF agents at Bolivar County Sheriff's Department. Clark was advised of his *Miranda* rights, which he voluntarily waived by signing a written *Miranda* waiver form. Clark showed your affiant his Facebook account on his phone which your affiant identified as "Jermaine Projectpac Clark". Your affiant showed Clark the bomb threat post, and Clark responded that the bomb threat post was posted by a friend, who borrowed his phone while at Clark's residence on September 9, 2017. Clark identified the friend as Terrence Jackson. After Agents confronted Clark that no Terrence Jackson existed in the area, Clark then provided that the friend's name was Terrence Short.

13. Clark provided that he was recently hospitalized with abdominal pain, and they "upped" his anxiety medication. Clark discussed his anxiety and his medications frequently. Clark stated that he had been to two rehabilitation centers for alcohol abuse. Your affiant asked if he had consumed any alcohol that day, to which Clark responded that he had "one shot" prior to departing his residence and coming to the Sheriff's Department. Clark exhibited no obvious signs of impairment that would affect his ability to be interviewed. Clark did not smell of alcohol nor did he exhibit any obvious signs of inebriation such as slurred speech.

14. Your affiant interviewed Clark's wife, Rosetta Clark who provided that Jermaine Clark and her were at the residence the entire day on September 9, 2017. Mrs. Clark provided that no other individuals were at the Clark residence the entire day of September 9, 2017.

15. When asked specifically about the post regarding the bomb threat, Mrs. Clark stated she observed it online approximately one hour after it was posted. She confronted Jermaine Clark

about the post. Jermaine Clark replied that he posted it because he was mad. Mrs. Clark told him that he could get in trouble and encouraged him to delete the post.

16. When asked about the Facebook messages to Principal Young, Mrs. Clark stated that when this occurred she first heard Clark laughing. When she asked why he was laughing, Clark stated that he sent Daphne Young a message. Clark then read her the message, which included the threats to Principal Young and her husband, and Mrs. Clark replied that what he did was wrong.

17. Following Mrs. Clark's interview, your affiant confronted Jermaine Clark with Mrs. Clark's statements, and Clark apologized for lying to agents. Clark then admitted to posting the threats and the Facebook messages to Principal Young. When asked why he did it, Clark provided that he was angry about losing his job and how it was handled. He further responded that a doctor had "upped" his anxiety medication, and he had had suicidal thoughts.

18. Prior to being processed on state charges, Clark complained of stomach pains and was taken to the hospital. During subsequent tests at the hospital, agents were informed by hospital staff that Clark's blood alcohol concentration level was .28. Following discharge, he was booked into the Bolivar County Sheriff's Department on state charges. Chief Cole took possession of Clark's phone and placed it in the custody of the Shaw Police Department located at 132 West Peeler Avenue, Shaw, Mississippi.

19. Based on the foregoing, there is probable cause to believe that Jermaine Clark used an instrument of interstate commerce to make a threat to damage or destroy a building by means of explosive in violation of 18 U.S.C. § 844(e).

WHEREFORE, I respectfully request that an arrest warrant be issued for the arrest of Jermaine Clark.

                                    Scott Meadows
                                    Special Agent
                                    Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me this 13th day of Sept., 2017.

ROY PERCY
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI