UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:17-mj-00080

JERMAINE CLARK

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE HONORABLE ROY PERCY, MAGISTRATE OF THE COURT AFORESAID:**

Robert H. Norman, Acting United States Attorney for the Northern District of Mississippi respectfully represents to the Court as follows:

1. That the defendant, JERMAINE CLARK, YOB 1984, Offender ID # 25218, is presently confined at the Bolivar County Sheriff's Department, Cleveland, Mississippi, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending for initial appearance on the complaint on the docket of this Court and that said cause has been set for initial appearance in Oxford, Mississippi, on Wednesday, September 13, 2017, at 3:00 p.m.

**WHEREFORE,** your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the Jailer/Warden of Bolivar County Sheriff's Department, Cleveland, Mississippi; the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, and/or any other United States Federal Agency, commanding them to produce the body of JERMAINE CLARK, YOB 1984, Offender ID # 25218, before this Court in Oxford, Mississippi, Wednesday, September 13, 2017, at 3:00 p.m. and to return safely said

prisoner to the custody of the Bolivar County Sheriff's Department, Cleveland, Mississippi, forthwith at the conclusion of the above cause.

                                                            Respectfully submitted,

                                                            ROBERT H. NORMAN
                                                           Acting United States Attorney

                                      By:    *s/Clyde McGee*
                                                 CLYDE McGEE
                                                 Assistant United States Attorney

Sworn to and subscribed before me, this the 13th day of September, 2017.

                                                           *s/Lynn H. Cheek*
                                                           NOTARY PUBLIC

My commission expires:   April 17, 2020

