IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
SEP 19 2017
DAVID CREWS, CLERK
BY _____ Deputy

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:17-cr-114
     18 U.S.C. § 844(e)

JERMAINE CLARK

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 9, 2017, in the Northern District of Mississippi, the defendant, Jermaine Clark, through the use of the internet, an instrument of interstate commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an alleged attempt being made or to be made, to kill, injure and intimidate any individual, and to unlawfully damage and destroy a building by means of fire and explosive, in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

_____
ACTING UNITED STATES ATTORNEY

*/s/redacted signature*
**FOREPERSON**