**RECEIVED**

SEP 19 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

v.                                               **CRIMINAL NO. 4:17-cr-114**
                                                                          **18 U.S.C. § 844(e)**

**JERMAINE CLARK**

## NOTICE OF PENALTIES

### Count One

| | |
|---|---|
| Not more than 10 years imprisonment | 18 U.S.C. § 844(e) |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571 |
| Not more than 3 years supervised release | 18 U.S.C. § 35683(b)(2) |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |