CRIMINAL CASE COVER SHEET      U.S. DISTRICT COURT

**Complete entire form**

**Place of Offense:**

City **Shaw**

County **_____**

RECEIVED SEP 19 2017 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☐ No    If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name **Jermaine Clark**

Alias Name _____

Address **Shaw, MS**

DOB **xx/xx/1984** SS# **xxx-xx-2889** Sex **M** Race **Black** Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☐ No    List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **1**    ☐ Petty    ☐ Misdemeanor    ☐ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18:844(e)** | Through an instrument of interstate commerce willfully threatened and maliciously conveyed false information knowing it to be false concerning an attempt or alleged attempt to damage and destroy a building or buildings by means of explosives. | **1** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA **Clyde McGee**    Bar # **102229**

Date: _____    Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)    **4:17CR114**