UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### RE-NOTICE

UNITED STATES OF AMERICA

V.  CRIMINAL NO.4:17CR114-SA

JERMAINE CLARK                                                              DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been CANCELLED.

---

**Type of Proceeding**

**CHANGE OF PLEA HEARING
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
SET FOR DECEMBER 20, 2017 [21]
IS CANCELLED UNTIL FURTHER NOTICE OF THE COURT.**

---

DAVID CREWS, Clerk of Court

BY:   /s/ Melinda Tucker
          Courtroom Deputy

Date:   December 19, 2017

To:   Gregory S. Park (electronic notice only)       Clyde McGee, IV (electronic notice only)
        U.S. Probation Service (electronic notice only)   U.S. Marshal (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.